# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Munoz-De La O, Marciano | Docket No. | 2:20CR00134-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marciano Munoz-De La O, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 23rd day of September 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Marciano Munoz-De La O is alleged to have violated the conditions of pretrial release supervision by maintaining employment at a marijuana manufacturing business.

On September 24, 2020, the conditions of pretrial release supervision were reviewed with Mr. Munoz-De La O. Mr. Munoz-De La O acknowledged an understanding of the conditions, which included standard condition number 9.

Mr. Munoz-De La O has been employed at Axabra, LLC, for approximately 2 years. He has maintained this employment while under conditions of pretrial release supervision. Upon his release, under conditions of pretrial release supervision, Mr. Munoz-De La O advised the undersigned officer he is a "welder" for this business. However, he did not provide any specifics about the nature of this business.

Subsequently, the undersigned officer conducted an Internet search of Axabra, LLC, which indicated this is a marijuana-based business. On October 28, 2020, the undersigned officer contacted the owner of Axabra, LLC. The owner confirmed this is a marijuana processing warehouse and advised Mr. Munoz-De La O's job role is to maintain the building. His job duties include: repairing plumbing, electrical and equipment issues, as well as other construction projects for this business. The owner advised Mr. Munoz-De La O is not involved in the processing of the marijuana plants, nor does he ever touch the marijuana plants.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   November 5, 2020 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: **Munoz-De La O, Marciano**
**November 5, 2020**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

November 5, 2020
Date