FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIANO MUNOZ-DE LA O,<br><br>Defendant. | No. 2:20-CR-00134-RMP-1<br><br>ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTIONS GRANTED**<br>**(ECF No. 47, 48)** |

Before the Court is Defendant's Expedited Motion to Modify Conditions of Release, **ECF No. 47, 48**. Defendant recites in his motion that U.S. Probation does not oppose this request and the United States defers to Probation.

Defendant is requesting to move to Portland, Oregon for employment purposes where the District of Oregon Pretrial Services has agreed to supervise him.

The Court finding good cause, **IT IS ORDERED** Defendant's Motions, **ECF No. 47, 48,** are **GRANTED**. Defendant shall reside in Portland, Oregon at an address approved by U.S. Probation, *provided* the United States Probation Office in the District of Oregon Supervision accepts courtesy supervision.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 15, 2020.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1