# Exhibit C

Index of exhibits, supplements, and transcripts of evidentiary hearings before the Honorable Miranda M. Du in connection with the Equal Protection challenge to 8 U.S.C. §1326 brought in *U.S. v. Carrillo-Lopez*, District of Nevada Case Number 3:20-cr-26-MMD-WGC, with the corresponding ECF Number on the docket before this Court

| *Carrillo-Lopez* ECF No. | Description | *Muñoz-De La O* ECF No. |
|---|---|---|
| 26-1 | Exhibit index | Not evidence |
| 26-2 | Declaration of Professor Lytle Hernández | 61-3 |
| 26-3 | *The Eugenical Aspects of Deportation*; Hearings before the Committee on Immigration and Naturalization; House of Representatives; 70th Cong.; Hearing No. 70.1.4; February 21, 1928 | 61-4 |
| 26-4 | Congressional Record; House of Representatives; February 16, 1929 | 61-7 |
| 26-5 | Congressional Record; House of Representatives; April 8, 1924 | 61-10 |
| 26-6 | Congressional Record; House of Representatives; February 9, 1928 | 61-6 |
| 26-7 | Congressional Record; House of Representatives; February 3, 1928 | 61-8 |
| 26-8 | *Deportation*; Hearings before the Committee on Immigration and Naturalization; House of Representatives; 69th Cong.; Hearing No. 69.1.3; January 12, 1926 | 61-9 |
| 26-9 | Senate Report No. 1456; *Making it a Felony with Penalty for Certain Aliens to Enter the United States of America under Certain Conditions in Violation of Law*; January 17, 1929 | 61-11 |
| 26-10 | Congressional Record; Senate; January 23, 1929 | 61-12 |
| 26-11 | House Report No. 2397; *Deportation of Aliens*; February 6, 1929 | 61-13 |
| 26-12 | Public Law 1018; *An Act Making it a felony with penalty for certain aliens to enter the* | 61-14 |

| | | |
|---|---|---|
| | *United States of America under certain conditions in violation of law*; March 4, 1929 | |
| 26-13 | Professor Lytle Hernández CV | 61-1 |
| 26-14 | Professor Gonzalez O'Brien CV | 61-2 |
| 26-15 | Defendant Gustavo Carrillo-Lopez's documents of conviction | Not relevant to this case |
| 29-1 | *U.S. v. Palacios-Arias*, E. D. Va. Case No. 3:20-cr-62, ECF No.  (Oct. 13, 2020) | 64-1 |
| 31-1 | *U.S. v. Rios-Montano*, 2020 WL 7226441 (S.D. Cal. 2020) | Cited in this reply |
| 33-1 | United States Attorneys' Bulletin; July 2017 | Exhibit D of this reply |
| 33-2 | *U.S. v. Ortiz-Martinez*, 557 F.2d 214 (9th Cir. 1977) | Not evidence |
| 33-3 | *U.S. v Arqueta-Ramos*, 730 F.3d 1133 (9th Cir. 2013) | Not evidence |
| 43-1 | *U.S. v. Zepeda*, 2021 WL 4998418 (C.D. Cal. Jan. 5, 2021) | Not evidence |
| 44-1 | Veto of Bill to Revise the Laws Relating to Immigration, Naturalization, and Nationality; June 25, 1952 | 61-15 |
| 44-2 | Statement of Peyton Ford, Deputy Attorney General; May 14, 1951 | 61-16 |
| 44-3 | Letter from Senators Jacky Rosen and Catherine Cortez Masto and Representatives Steven Horsford, Dina Titus, and Susie Lee; June 19, 2020 | Exhibit E of this reply |
| 45 | Senate Report No. 1515; *The Immigration and Naturalization Systems of the United States*; April 20, 1950 | 61-17 |
| 49 | Transcript of Evidentiary Hearing; *U.S. v. Carrillo-Lopez*, D. Nev. case 3:20-cr-26-MMD-WGC; February 2, 2021 | 61-5 |