Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCIANO MUNOZ-DE LA O,<br><br>Defendant. | Case No. 2:20-CR-00134-RMP<br><br>GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY |

In support of the Defendant's Motion to Dismiss, ECF No. 61, the Defendant submitted an affidavit authored by Dr. S. Deborah Kang, ECF No. 78-2. Dr. Kang testified during an evidentiary hearing held on January 28, 2022. *See* ECF No. 88. The Government submits an additional relevant decision that has been issued since the Court heard argument. Namely, a district court in the Southern District of Texas, in *United States v. Hernandez-Lopez*, Case No. 4:21-cr-00440, denied a defendant's Motion to Dismiss which alleged that 8 U.S.C. § 1326 violated the Equal Protection Clause. *See* Exhibit 1. Importantly, the court considered Dr. Kang's affidavit when

//

//

GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY - 1

rejecting the defendant's position. *See id.* at 5.

     The decision is attached for the Court's consideration.

     Dated:   February 8, 2022.

                                   Vanessa R. Waldref
                                   United States Attorney

                                   *s/Michael J. Ellis*
                                   Michael J. Ellis
                                   Assistant United States Attorney

GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Payton B. Martinez

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY - 3